## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| MARLO SNERLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:15-CV-2671-K |
| | § | |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Motion for Final Summary Judgment [ECF No. 8] filed by Ocwen Loan Servicing, LLC is **GRANTED**.

**SO ORDERED.**

**Signed November 30th, 2016.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE